UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>JOHNNY LEE PARSON,<br><br>Defendant. | **NOTICE OF APPEARANCE**<br><br>11-mj-1027 |

PLEASE TAKE NOTICE that the Law Office of Zachary Margulis-Ohnuma hereby appears by the undersigned as attorney of record for the defendant JOHNNY LEE PARSON in the above-captioned case.

Dated:    New York, New York
          June 7, 2011

                                        Law Office of Zachary Margulis-Ohnuma

                                        _____
                                        Zachary Margulis-Ohnuma
                                        260 Madison Avenue, 17th Floor
                                        New York, NY 10016
                                        (212) 685-0999
                                        Zach@zmolaw.com
                                        *Attorney for Defendant Johnny Lee Parson*

1